723 A.2d 183

**Patrick J. CONLON, Respondent,**

v.

**RETIREMENT BOARD OF ALLEGHENY COUNTY, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 9, 1999.

Bruce D. Campbell, Pittsburgh, for petitioner.

## *ORDER*

PER CURIAM:

**AND NOW**, this 9th day of February, 1999, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issues:

1. Whether the Commonwealth Court properly defined the term "by reason of no cause or act of his or her own . . . ." as it appears in 16 P.S. § 4710(b).

2. Whether the Commonwealth Court properly required that it was the Retirement Board of Allegheny County's burden to prove that Respondent had been terminated due to a "cause or act of his own".

3.  Whether the Commonwealth Court erred in not remanding this matter to the Retirement Board of Allegheny County for the taking of additional evidence.